**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1968**

DR. DIE K. BLAISE, Pharm. D,

       Plaintiff - Appellant,

   v.

DR. SANDRA HARRIS, Pharm. D.; VIBRA HOSPITAL OF RICHMOND,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:16-cv-00023-REP)

Submitted: December 20, 2016     Decided: December 22, 2016

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Die K. Blaise, Appellant Pro Se. Kevin D. Holden, JACKSON LEWIS PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Die K. Blaise seeks to appeal the district court's order dismissing part of his civil complaint with prejudice and dismissing the remainder without prejudice. Blaise has since filed an amended civil complaint raising the claims dismissed without prejudice, and that action remains pending with the district court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Blaise seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED